UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emilio Leon,

          Plaintiff,

-against-

Mr. Hudson's Cleaning Service, LLC,

          Defendant.

1:19-cv-00935 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       This case contains claims under the Fair Labor Standards Act. On May 21, 2021, the parties notified the Court that they had reached a settlement in principle. (Notice, ECF No. 19.) Thereafter, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 23.) The same day, Plaintiff filed a motion for settlement approval along with a copy of the Settlement Agreement signed by Plaintiff. (ECF No. 22.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Thus, the settlement is preliminarily approved. Final approval must await submission of a fully executed Settlement Agreement. The parties shall submit the fully executed Settlement Agreement to the Court no later than June 21, 2021.

SO ORDERED.

DATED:    New York, New York
               June 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge