UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emilio Leon,

                Plaintiff,

-against-

Mr. Hudson's Cleaning Service, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021

1:19-cv-00935 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on June 7, 2021, the Court preliminarily approved the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), pending submission of a fully executed Settlement Agreement (Order, ECF No. 24); and

WHEREAS, on June 10, 2021, the parties filed the fully executed Settlement Agreement (ECF No. 25).

NOW, THEREFORE, it is hereby Ordered that this action is dismissed with prejudice and without costs except as may be stated in the Settlement Agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is respectfully requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
             June 11, 2021

_____
STEWART D. AARON
United States Magistrate Judge